# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BILLY RAY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:24-cv-01211 RHH |
| ANNE PRECYTHE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Billy Ray's motion for an extension of time to file appropriate motions for entry of default and for default judgment against Defendants Rector and Smith, supported by all necessary affidavits and documentation. *See* Fed. R. Civ. P. 55(a), (b). [ECF No. 33]. For good cause shown, the Court will grant the motion for extension of time. However, unless good cause is shown, this will be the last extension this Court will grant. Failure to comply with the Court's Order will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Billy Ray's motion for extension of time to file appropriate motions for entry of default and for default judgment against Defendants Rector and Smith [ECF No. 33] is **GRANTED.**

**IT IS FURTHER ORDERED** that no later than **August 5, 2025**, Plaintiff shall file appropriate motions for entry of default and for default judgment against Defendants Rector and Smith, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration. *See* Fed. R. Civ. P. 55(a), (b).

**IT IS FURTHER ORDERED** that failure to comply with this Order will result in a dismissal of this action, without prejudice.

Dated this 16th day of July, 2025.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE