**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| BILLY RAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-1211-MTS |
| | ) | |
| JACOB L. SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

On February 04, 2026, the Court issued the Case Management Order ("CMO") in this matter. Doc. [54]; *see also* Fed. R. Civ. P. 16(b)(1). The CMO required that Plaintiff provide his initial disclosures to Defendants no later than March 23, 2026. Doc. [54].[*] Defendants represented that, as of March 26, 2026, Plaintiff had not done so. Doc. [57]. The CMO explicitly warned Plaintiff that if he failed to timely make his initial disclosures, then it "**may result in SANCTIONS, including dismissal**." *Id.* The Court ordered Plaintiff to show cause why this action should not be dismissed. Doc. [58]. In response, Plaintiff filed a Motion for Extension of Time. Doc. [59]. The Court granted the Motion and ordered Plaintiff to provide his initial disclosures no later than April 24, 2026. Doc. [61]. For good measure, the Court also had the Clerk resend Plaintiff a copy of the Case Management Order. *Id.*

On May 18, 2026, Defendants informed the Court that they still have not received Plaintiff's initial disclosures. Doc. [66]. "Providing the required initial disclosures is a

---

[*] The Court reminded Plaintiff about this requirement in an Order dated March 19, 2026. Doc. [56]. A review of the Clerk of Court's records confirm that the Clerk immediately mailed all these Orders to Plaintiff when they were entered.

- 2 -

fundamental obligation in litigating in federal court." *Street v. Hinman*, 1:24-cv-0121-MTS, 2026 WL 206193, at *1 (E.D. Mo. Jan. 27, 2026). Plaintiff has demonstrated that he is not willing to perform this most basic aspect of prosecuting his case in accordance with Court-ordered deadlines. For this reason, the Court will dismiss Plaintiff's action, but it will do so without prejudice. "Dismissing this action without prejudice will allow Plaintiff to thoughtfully consider whether he is prepared to prosecute an action against these Defendants and, if so, allow Plaintiff to file this action again if he determines that he is prepared." *Tolden v. City's Finest, LLC*, 4:23-cv-1535-MTS, 2025 WL 252466, at *2 (E.D. Mo. Jan. 21, 2025).

An Order of Dismissal will be entered herewith.

Dated this 20th day of May 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

- 2 -